Decided June 14, 2006

J. WILLIAM GAGNE, JR. *v.* ENRICO VACCARO

The defendant's petition for certification for appeal from the Appellate Court (AC 27229) is denied.

BORDEN and PALMER, Js., did not participate in the consideration or decision of this petition.

*Eugene A. Skowronski,* in support of the petition.

*Peter A. Ventre,* in opposition.

Decided June 14, 2006